## Sheffield v. Watson.

HOPKINS, for the defendant, moved for judgment as in case of nonsuit, for not going to trial.

*Woods*, contra. The cause was called on, but as there were other causes on the day calendar, one of which actually occupied the court the whole day, the plaintiff's attorney not being quite ready, thought he should be entitled to bring it on the next day, the day calendar not being gone through; but found he was put down to the bottom of the calendar for the circuit. This, therefore, is a plain mistake of the rules of practice, which ought not to injure the plaintiff.

*Hopkins.* The plaintiff clearly was not ready; therefore equally in fault, whether the rule was as he imagined, or not.

RADCLIFF, J. Acting under that belief, he did not prepare himself.

*Hopkins* hoped the plaintiff would be ordered to stipulate and pay costs.

*Per Curiam.* The excuse is certainly not sufficient to exonerate from costs. If admitted in one case, it must be in all; and however the good faith of the

plaintiff's conduct, and our belief of it, may deny the judgment moved for, to refuse costs would do away the effect of the rule.    The plaintiff must stipulate.